IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:20-bk-00046 |
| | : | |
| | : | CHAPTER 13 |
| SAMUEL DAVID COYL | : | |
| | : | |
| JENNIFER LEE COYL | : | |
| | : | |
| **Debtors** | | |

## MOTION TO WITHDRAW APPEARANCE AS DEBTORS' COUNSEL

COMES NOW Debtors' counsel, Mott & Gendron Law, and requests the following relief, respectfully submitting in support thereof as follows:

1. The undersigned filed the above-captioned bankruptcy for the Debtors on 1/7/2020 and has represented the Debtors from that time to the present in the bankruptcy case.
2. The Debtors are separating and a conflict has arisen between them that prevents the undersigned from being able to effectively represent the Debtors under the circumstances.
3. Debtors' counsel has advised each debtor that she cannot represent both or either of them due to the conflict and has advised each to obtain new counsel, which they are in the process of doing.

WHEREFORE, the counsel respectfully requests that this Court enter an order withdrawing the appearance of Mott & Gendron Law for the Debtors and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron

_____
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:20-bk-00046 |
| | : | |
| | : | CHAPTER 13 |
| **SAMUEL DAVID COYL** | : | |
| | : | |
| **JENNIFER LEE COYL** | : | |
| | : | |
| Debtor(s) | | |

## Certificate of Service

    I, Kara K. Gendron, hereby certify that on May 25, 2021 I served a copy of the foregoing document(s) either electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows:

Jack Zaharopoulos, Esquire
Standing Chapter 13 Trustee
Middle Dist. of PA
717-566-6097


SAMUEL DAVID COYL
30 BLUE SPRUCE DRIVE
ENOLA, PA 17025

JENNIFER LEE COYL
30 BLUE SPRUCE DRIVE
ENOLA, PA 17025

                                                                     Respectfully submitted,

                                                                     /s/ Kara K. Gendron
                                                                     _____
                                                                     Kara K. Gendron, Esquire
                                                                     Attorney ID 87577
                                                                     Mott & Gendron Law.
                                                                     125 State Street
                                                                     Harrisburg, PA 17101
                                                                     (717) 232–6650 TEL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| SAMUEL DAVID COYL : | |
| : | CASE NO. 1:20-bk-00046 |
| JENNIFER LEE COYL : | |
| : | |
| Debtors : | |

# **O R D E R**

UPON CONSIDERATION of the Motion to Withdraw Appearance as Debtor's Counsel, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the appearance of Mott & Gendron Law as counsel for Debtor is hereby withdrawn.